# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2011

143511-2 & (71)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JOHN H. BULTEMA, II, and DEBORAH H.
BULTEMA,
      Plaintiffs/Counter-Defendants-
      Appellants/Cross-Appellees,

v

STEVEN W. ONGERT and KATHY D.
ONGERT,
      Defendants/Counter-Plaintiffs-
      Appellees/Cross-Appellants.

SC: 143511
COA: 296727
Muskegon CC: 07-045462-CB

_____/

STEVEN W. ONGERT and KATHY D.
ONGERT,
      Plaintiffs-Appellees,
      Cross-Appellants,

v

JOHN H. BULTEMA, II, and DEBORAH H.
BULTEMA,
      Defendants-Appellants,
      Cross-Appellees.

SC: 143512
COA: 296728
Muskegon CC: 07-045541-CB

_____/

On order of the Court, the application for leave to appeal the June 23, 2011 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2011

_____
Clerk

t1114